MINNIE BEST BERKEY, Appellant, v. THIRD AVENUE RAILWAY COMPANY, Respondent. CHARLES P. BERKEY, Appellant, v. THIRD AVENUE RAILWAY COMPANY, Respondent.—Actions for personal injuries alleged to have been sustained by plaintiff Minnie Best Berkey while alighting from a street car alleged to have been owned, operated and controlled by the defendant; and by her husband for loss of services. Order denying plaintiffs' motion for a new trial upon the ground of newly discovered evidence, and perjury committed and the suppression and concealment of evidence at the trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM PEARLMAN, as Administrator, etc., of EUNICE PEARLMAN, Deceased, Appellant, v. GARROD SHOE COMPANY, INC., Respondent.— The action was brought to recover damages for the death of plaintiff's intestate, a child of eight years, the complaint attributing to defendant both negligence and breach of warranty in selling to the mother a pair of shoes for the infant. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

UNION DIME SAVINGS BANK, Respondent, v. D. A. SCHULTE, INC., and Another, Appellants.—Action for rent of a store under a written lease under seal. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH VITALE, Defendant, Impleaded with VITO GAROFFO, Appellant.— Judgment convicting defendant-appellant of the crime of robbery in the first degree unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN J. CRAVIN, Appellant, v. THE CITY OF NEW YORK, Respondent.—Action for salary as an examining engineer (refrigeration) from January 1, 1932, to February 28, 1933. Order, denying plaintiff's motion to strike out certain paragraphs of the answer as false, sham and frivolous, to strike out the separate defense as insufficient in law, and for judgment on the pleadings, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SCHENLEY PRODUCTS COMPANY and Another, Appellants, v. THE GENEVA CORPORATION, Respondent.—Action for reimbursement for overpayment of $9,000 for warehouse receipts for whisky. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.